HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE PACIFIC INDUSTRIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> S3 HOLDING LLC and OLIVIA MILLER, INC. <br><br> Defendants. | Civil Action No.: 18-cv-224-RSL <br><br> STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS |

Pursuant to Local Rules 7(d)(1), 7(j), 10(g) and 16(b)(5) of this Court and for good cause, Plaintiff Seattle Pacific Industries, Inc. ("SPI") and Defendants S3 Holding LLC and Olivia Miller, Inc. ("Defendants"), by and through their undersigned counsel, hereby move that the Court extend the current March 3, 2019 discovery cutoff to March 14, 2019, exclusively for the purpose of allowing the parties to complete taking depositions of each other's witnesses.

In support of this motion, the parties have diligently attempted to schedule depositions of each other's witnesses for dates prior to the current March 3, 2019 deadline to complete discovery. *See* Second Amended Order Setting Trial Date & Related Dates (Doc. No. 31). Unfortunately, the witnesses and counsel have been unable to find available dates on which all of these depositions can be taken before the current close of discovery. The parties have confirmed deposition dates that will result in the last deposition being taken on March 14, 2019. To allow the parties to complete deposition discovery in this case, the parties jointly request that the Court extend the current March 3, 2019 discovery cutoff to March 14, 2019, exclusively for the purpose of allowing the parties to complete their respective depositions.

ORDER EXTENDING DEADLINE TO
COMPLETE DEPOSITIONS

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

This 11th day of February, 2019.

| | |
|---|---|
| Seed IP Law Group LLP | Zarin & Associates, P.C. |
| By: /s/ Marc C. Levy<br>Marc C. Levy, WSBA No. 19203<br>Thomas A. Shewmake, WSBA No. 50765<br>701 Fifth Ave., Suite 5400<br>Seattle, WA 98104<br>(206) 622-4900<br>marcl@seedip.com<br>tomshewmake@seedip.com | By: /s/Scott Zarin<br>Scott Zarin, WSBA No. 24074<br>244 West 102nd Street, #3B<br>New York, NY 10025<br>(212) 580-3131<br>scottzarin@copyrightrademarkcounsel.com |
| Attorneys for Plaintiff<br>Seattle Pacific Industries, Inc. | Attorneys for Defendants S3 Holding LLC and Olivia Miller, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 13th day of February, 2019.

*Robt S Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEADLINE TO
COMPLETE DEPOSITIONS