HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE PACIFIC INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>S3 HOLDING LLC and OLIVIA MILLER, INC.<br><br>Defendants. | Civil Action No.: 18-cv-224-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CERTIFY JUDGMENT |

This matter comes before the Court on Plaintiff Seattle Pacific Industries, Inc.'s Motion to Certify Judgment. Having considered the motion and all documents and declarations submitted both in support of and in opposition to the motion, the Court being fully informed finds that, pursuant to 28 U.S.C. § 1963, Plaintiff may register the Judgment entered by the Court in this matter on November 19, 2019, in New York.

IT IS SO ORDERED.

Dated this 28th day of February, 2020.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
United States District Judge